STATE v. E. J. JOHNSTON.

No. A-6.  Opinion Filed January 12, 1910.

(106 Pac. 1134.)

*Error from Coal County Court; R. H. Wells, Judge.*

Information against E. J. Johnson. From the judgment, the State brings error. Dismissed.

*Fred S. Caldwell,* counsel to the Governor, and *James R. Wood,* Co. Atty., for the State.

PER CURIAM. Upon motion of counsel for the state, plaintiff in error in said cause, the appeal herein is hereby dismissed.